1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HECTOR DANIEL MENDOZA,

11          Petitioner,                    No. CIV S-09-1559 EFB P

12          vs.

13   M. MCDONALD,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.

17   *See* 28 U.S.C. § 2254.  Petitioner seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C.

18   § 1915(a).

19          Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford

20   the costs of suit.

21          A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

22   writ or issue an order directing the respondent to show cause why the writ should not be granted,

23   unless it appears from the application that the applicant or person detained is not entitled

24   thereto."  28 U.S.C. § 2243.  It is not apparent from the face of the application that the petitioner

25   is not entitled to relief.

26   ////

1

1       Accordingly, it is hereby ordered that:

2       1.  Petitioner's request for leave to proceed *in forma pauperis* is granted.

3       2.  Respondent shall file and serve either an answer or a motion in response to

4  petitioner's application within 60 days from the date of this order.  *See* Rule 4, Fed. R.

5  Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other

6  documents relevant to the determination of the issues presented in the application.  *See* Rules 4,

7  5, Fed. R. Governing § 2254 Cases.

8       3.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an

9  answer.

10      4.  If the response to petitioner's application is a motion, petitioner's opposition or

11  statement of non-opposition shall be filed and served within 30 days of service of the motion,

12  and respondent's reply, if any, shall be filed within 15 days thereafter.

13      5.  The Clerk of the Court shall serve a copy of this order together with a copy of

14  petitioner's June 5, 2009, petition for a writ of habeas corpus with any and all attachments on

15  Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk

16  of the Court also shall serve on the Senior Assistant Attorney General the consent form used in

17  this court.

18  Dated:  November 3, 2009.

19  _____

20  EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26